DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSA GREEN,**
Appellant,

v.

**RAYNALD DOLISCA,**
Appellee.

No. 4D19-833

[June 27, 2019]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 2017-DR-001934-XXXX-NB.

Michael Billings, Martin Kofsky and Jennifer Rosenblum of Slusher & Rosenblum, P.A., West Palm Beach, for appellant.

Steven Cripps of the Law Offices of Orsley & Cripps, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***